■ EDWARD J. LENNON, JR., Individually and as Director and Officer and as Stockholder of T. J. Ronan Paint Corp., Suing on Behalf of Himself and Said Corporation, et al., Appellants, v JOHN DORAN et al., Respondents.—Order, Supreme Court, Bronx County, entered on or about February 9, 1977,

unanimously affirmed, without costs and without disbursements. The parties would be well advised to press for an early trial. No opinion. Concur—Lupiano, J. P., Silverman, Evans and Markewich, JJ.